IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Master Docket Case No. 1:23-cv-00818<br>Honorable Mary M. Rowland |
| Nekita Daniel Clark, et al.,<br><br>Plaintiff<br><br>v.<br><br>AFAM Concept, Inc., et al.,<br><br>Defendants | Civil Action No. 1:23-cv-13258 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby dismisses Defendants Dollar General Corporation, Family Dollar GC LLC, and Walmart, Inc. formerly Wal-Mart Stores, Inc. **ONLY**, in this action with prejudice. Each to bear its own costs.

Dated: October 19, 2023     Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON, LLP**

 /s/ Kristine K. Kraft
Kristine K. Kraft
100 South 4th Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-6151 (fax)
Email: kkraft@uselaws.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify on October 19, 2023, this document was filed through the Court's CM/ECF system which will send electronically notice to the registered participants as identified on the Notice of Electronic Filing (ECF).

/s/ Kristine K. Kraft